```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

CALLAHAN TOWER JOINT VENTURE,
and FRANK and BETTY BURR,
Husband and Wife                                    PLAINTIFFS

            v.        Civil No.   07-5214

BENTON COUNTY, ARKANSAS, et al.                     DEFENDANTS

### ORDER

    Now on this 15th day of April, 2008, the above referenced matter comes on for this Court's consideration of plaintiffs' **Motion to Supplement Written Record (document #12).** The Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted** and that within ten (10) days of this Order the plaintiffs should file Exhibit "A" to the instant motion as a supplement to an exhibit to the Stipulated Written Record, identified as Document 4, July 18 2007 Planning Board Meeting Minutes.

    IT IS SO ORDERED.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE